AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Eric Alan Sanders, *on behalf of S.K. Sanders, E.A. Sanders, II, and AM Gray-Sanders*, *Plaintiff* <br> v. <br><br> Walter C. Herin, Jr.; LaNieta Carter; SC ODAR, *South Carolina Office of Hearings Operations*; Disability Determination Services, *South Carolina Vocational Rehabilitation Department*; Heather Corn, *Disability Examiner*, *Defendants* | Civil Action No.   3:19-01503-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: the Plaintiff take nothing of the Defendants and the Plaintiff's Amended Complaint is dismissed without prejudice and service of process.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The issues having been reviewed by the Honorable Paige J. Gossett, United States Magistrate Judge, who recommended in her Report and Recommendation that the amended complaint be dismissed.

Date: April 29, 2020

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*