FILED: August 11, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1032
(3:19-cv-01503-JMC)

_____

ERIC ALAN SANDERS, on behalf of S. K. Sanders, on behalf of E. A. Sanders, II, on behalf of Z. M. Gray-Saunders

      Plaintiff - Appellant

v.

WALTER C. HERIN, JR.; LANIETA CARTER; SC ODAR, (South Carolina Office of Hearings Operations); DISABILITY DETERMINATION SERVICES, (South Carolina Vocational Rehabilitation Department); HEATHER CORN, a/k/a H. Corn, Disability Examiner

      Defendants - Appellees

_____

RULE 45 MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                    /s/Patricia S. Connor, Clerk